# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Doughty, Terry A. | US District Court, Western District of Louisiana | 07/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

201 Jackson Street, Suite 215
Monroe, Louisiana 71201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Castor Creek, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | Louisiana District Attorneys' Retirement System - previous employer retirement payments beginning January, 2014 |
| 2. 2009-2018 | Louisiana State Employees' Retirement System - previous employer retirement plan; pension beginning January, 2019 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doughty, Terry A. | 07/06/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | Louisiana District Attorneys' Retirement System | $28,252.00 |
| 2. 2020 | Louisiana State Employees' Retirement System | $41,783.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Self-employed farmer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Doughty, Terry A.** | 07/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. First South | Farm loan | M |
| 2. First South | Land mortgage | M |
| 3. Citi | Credit card | J |
| 4. | | |
| 5. | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Doughty, Terry A.** | 07/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BancorpSouth - Savings Cash Acct | A | Interest | J | T | | | | | |
| 2. START 529 Cash Acct | A | Interest | J | T | | | | | |
| 3. Castor Creek, LLC Caldwell Parish LA. $489,180.00 03/05 | A | Rent | J | R | | | | | |
| 4. Louisiana State Employees' Retirement System | E | Distribution | K | T | | | | | |
| 5. Louisiana District Attorneys' Retirement System | E | Distribution | K | T | | | | | |
| 6. Richland State Bank #1 Checking Cash Acct | | None | K | T | | | | | |
| 7. Richland State Bank #2 Savings Cash Acct | B | Interest | M | T | | | | | |
| 8. Farm Property #1 Richland Parish, LA $250,000.00 09/15 | | None | M | R | | | | | |
| 9. Farm Property #2 Richland Parish, LA $762,000.00 05/14 | E | Rent | O | R | | | | | |
| 10. Farm Property #3 Morehouse Parish, LA $362,000.00 02/16 | E | Rent | N | R | | | | | |
| 11. Fitler Timber Co. Inc. | | None | N | W | | | | | |
| 12. BancorpSouth Checking Cash Acct | | None | J | T | | | | | |
| 13. Richland State Bank Savings Cash Acct | B | Interest | L | T | | | | | |
| 14. John-Nathan, Inc. | | None | L | T | | | | | |
| 15. Farm Property #3 Richland Parish, Louisiana $400,000.00 12/18 | | None | N | T | | | | | |
| 16. Condominium, Windemere County, Florida 445,000.00 09/20 | | None | N | R | Buy | 09/28/20 | N | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Doughty, Terry A.** | 07/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust was not created by reporting person, his spouse, or any dependent children. The filer, spouse nor any dependent child has knowledge of the holdings or sources of income. This is being said because the past 2018 report also showed this trust, and the 2019 Report was revised. The trust has been deleted ████████
████████████████████████████████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Terry A. Doughty**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544